UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Low & Low, LLC
505 Main Street Suite 304
Hackensack NJ 07601
Telephone: 201-343-4040
Russell L. Low, Esq. No 4745
Attorney for the Debtor

In Re:
Maria Cerda

**Order Filed on January 30, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-22935

Chapter: 13

Judge: SLM

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 30, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___May 22, 2019___:

Property: ___106 Luddington Avenue Clifton NJ 07011___

Creditor: ___Shellpoint Mortgage___

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by ___Russell L. Low___, and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including ___April 22, 2020___.

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2