| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Low & Low LLC<br>505 Main Street Suite 304<br>Hackensack NJ 07601<br>Telephone 201-343-4040<br>Russell L. Low, Esq No 4745<br>Attorney for the Debtor | Order Filed on April 30, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Maria Cerda | Case No.: 18-22935<br>Chapter: 13<br>Judge: SLM |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 30, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____May 22, 2019_____ :

Property: _____106 Luddington Avenue Clifton NJ 07011_____

Creditor: _____Shellpoint Mortgage_____

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including _____July 22, 2020_____.

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*